C. L. ARBUTHNOT, *Plaintiff in Error*, vs. BROOKS-SCANLON
CORPORATION, a corporation, *Defendant in Error*.
137 So. 800.
Division B.
Decision filed November 30, 1931.

*Wm. T. Hendry* and *L. W. Blanton*, for Plaintiff in
Error;
*Davis & Pepper*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to
the Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.